IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMERICAN SUSTAINABLE BUSINESS COUNCIL, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-1010-DII |
| GLENN HEGAR, *in his official capacity*, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

On August 30, 2024, Defendants filed a motion to dismiss. (Dkt. 24). Plaintiff's response to the motion to dismiss is past due. *See* W.D. Tex. Loc. R. CV-7(e). Although the Local Rules empower the Court to grant motions as unopposed when no response is timely filed, *id.*, this Court will not grant Defendants' motion to dismiss as unopposed at this time. **IT IS ORDERED** that Plaintiff (1) shall show cause in writing on or before **November 6, 2024**, as to why the Court should not grant Defendants' motion to dismiss as unopposed or, alternatively, (2) Plaintiff shall file a response to Defendants' motion to dismiss on or before **November 6, 2024**. Failure to do so will result in the dismissal of this action with prejudice. *See* Fed. R. Civ. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district court has authority to dismiss case for want of prosecution or failure to comply with court order).

**SIGNED** on October 30, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE