IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMERICAN SUSTAINABLE BUSINESS COUNCIL, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-1010-DII |
| GLENN HEGAR, *in his official capacity*, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

**IT IS ORDERED** that the Court's order to show cause on October 30, 2024 regarding Plaintiff's failure to file a response to the motion to dismiss is **VACATED** in light of Plaintiff's ability to file an amended complaint on or before November 4, 2024. If Plaintiff does not file an amended complaint by that time, the Court intends to reissue the show cause order.

**SIGNED** on October 31, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE