IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

AMERICAN SUSTAINABLE BUSINESS
COUNCIL,

*Plaintiff*,

v.

GLENN HEGAR, in his official capacity as
Texas Comptroller of Public Accounts; and
KEN PAXTON, in his official capacity as
Attorney General of Texas,

*Defendants.*

Case No. 1:24-cv-01010-DII

## INTERIM STATUS REPORT AND
## JOINT MOTION FOR BRIEFING SCHEDULE AND RELIEF FROM CERTAIN DEADLINES

Counsel for the Parties in the above-captioned matter respectfully file this interim status report ahead of the Court's telephonic status conference on November 14, 2024.

Counsel for Defendants, William H. Farrell, and counsel for Plaintiff, Ketan U. Kharod, Victoria Nugent, and Rachel Fried, met and conferred telephonically on November 1, 2024, to discuss an upcoming deadline for submitting a proposed scheduling order (presently due November 19, 2024) and Rule 26 report (presently due November 15, 2024), and anticipated motions practice.

Counsel believe that this matter may be resolved on Defendants' anticipated motion to dismiss or Plaintiff's anticipated motion for summary judgment and do not anticipate needing discovery before those motions are decided. The Parties thus respectfully seek relief from their obligations to (i) exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a), (ii) complete their discovery conference and produce a discovery plan pursuant to Fed. R. Civ. P. 26(f), and

(iii) submit a proposed scheduling order pursuant to Fed. R. Civ. P. 16(b) until such time as their respective dispositive motions are decided.

Counsel also propose the following deadlines and page limits for briefing Defendants' anticipated motion to dismiss. Specifically, the Parties request that Defendants' answer or anticipated motion to dismiss Plaintiff's First Amended Complaint be filed on or before **November 25, 2024**, that Plaintiff's opposition to such a motion be filed on or before **December 20, 2024**, and that Defendants' reply be filed on or before **January 10, 2025**. The Parties have agreed to these dates in recognition of the number of public holidays in November and December. The Parties further request, in light of the number and complexity of the issues in this case, that Defendants be granted **25 pages** for their opening brief on their motion to dismiss, Plaintiff be granted **25 pages** for its opposing brief on this motion, and Defendants be granted **10 pages** for any reply. Plaintiff will be ready to discuss a schedule for briefing its anticipated motion for summary judgment at the status conference scheduled for November 14, 2024.

Proposed orders to this effect are attached.

| | |
|---|---|
| Dated: November 8, 2024 | Respectfully submitted, |
| *Counsel for Defendants* | *Counsel for Plaintiff* |
| /s/ William H. Farrell | /s/ Ketan U. Kharod |
| William H. Farrell | Ketan U. Kharod |
| Texas Bar No. 00796531 | Texas Bar No. 24027105 |
| Federal ID No. 21733 | Mary Whittle |
| Assistant Attorney General | Texas Bar No. 24033336 |
| Attorney-in-Charge | Mark Guerrero |
| Office of the Attorney General | Texas Bar No. 24032377 |
| P.O. Box 12548, Capitol Station | Guerrero & Whittle PLLC |
| Austin, TX 78711-2548 | 510 Baylor Street |
| (512) 936-2650 | Austin, TX 78703 |
| Biff.Farrell@oag.texas.gov | (512) 610-2300 phone |
| | ketan@gwjustice.com |
| | mary@gwjustice.com |
| | mark@gwjustice.com |

Rachel L. Fried*
DC Bar No. 1029538
Ananda V. Burra*
DC Bar No. 888314469
Kristen Miller*
DC Bar No. 229627
Victoria Nugent*
DC Bar No. 470800
Skye Perryman*
Texas Bar No. 24060411
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
rfried@democracyforward.org
aburra@democracyforward.org
kmiller@democracyforward.org
vnugent@democracyforward.org
sperryman@democracyforward.org

Matthew D. Brinckerhoff*
N.Y. Bar No. 2415537
Vasudha Talla*
CA Bar No. 316219
Sana Mayat*
NY Bar No. 5835400
Emery Celli Brinckerhoff Abady Ward & Maazel
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, NY 10020
(212) 763-5000
mbrinckerhoff@ecbawm.com
vtalla@ecbawm.com
smayat@ecbawm.com

*Admitted pro hac vice