**FILED**
December 06, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____
                              DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

AMERICAN SUSTAINABLE BUSINESS COUNCIL,

*Plaintiff*,

v.

GLENN HEGAR, in his official capacity as Texas Comptroller of Public Accounts; and KEN PAXTON, in his official capacity as Attorney General of Texas,

*Defendants.*

Case No. 1:24-cv-01010-DII

## ORDER REGARDING BRIEFING SCHEDULE

Pending before this Court is the parties' Joint Motion for a Briefing Schedule. Upon consideration, the Court GRANTS the motion.

It is hereby ORDERED that the parties shall file their summary judgment motion(s) and associated briefs according to the following schedule and page limits:

| If Defendants do not file a cross-MSJ | | If Defendants file a cross-MSJ | |
| --- | --- | --- | --- |
| January 24, 2025 | Plaintiff's motion for summary judgment | January 24, 2025 | Plaintiff's motion for summary judgment |
| February 28, 2025 | Defendants' opposition to Plaintiff's motion for summary judgment | February 28, 2025 | Defendants' cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment |
| March 21, 2025 | Plaintiff's reply brief in further support of their motion for summary judgment | April 4, 2025 | Plaintiff's brief in further support of their motion for summary judgment and in opposition to Defendants' cross-motion for summary |

|  |  |  | judgment |
|---|---|---|---|
|  |  | April 25, 2025 | Defendants' reply brief in further support of their cross-motion for summary judgment |

SIGNED this 6th day of December, 2024

                                                        HONORABLE ROBERT PITMAN
                                                       UNITED STATES DISTRICT JUDGE