IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMERICAN SUSTAINABLE BUSINESS COUNCIL,<br>   *Plaintiff*,<br><br>v.<br><br>GLENN HEGAR, in his official capacity as Texas Comptroller of Public Accounts; and KEN PAXTON, in his official capacity as Attorney General of Texas,<br>   *Defendants*. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 1:24-cv-01010-ADA<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS' NOTICE OF APPEAL

Defendants, Glenn Hegar and Ken Paxton, pursuant to Federal Rules of Appellate Procedure 3 and 4, respectfully appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order Granting Plaintiffs' Motion for Partial Summary Judgment entered February 4, 2026, ECF 50.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General
Texas Bar No. 00796531
biff.farrell@oag.texas.gov
(512) 979-5561| FAX: (512) 320-0667

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 463-2120
Fax: (512) 320-0667

**COUNSEL FOR DEFENDANTS,
GLENN HEGAR, in his official capacity as
Texas Comptroller of Public Accounts, and KEN
PAXTON, in his official capacity as Attorney
General of Texas**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF system on this February 6, 2026, on all counsel of record.

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General