# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 10, 2026
Lyle W. Cayce
Clerk

———————

No. 26-50111

———————

AMERICAN SUSTAINABLE BUSINESS COUNCIL,

*Plaintiff—Appellee*,

*versus*

DON HUFFINES, *in his official capacity as Texas Comptroller of Public Accounts*; KEN PAXTON, *Attorney General, State of Texas*,

*Defendants—Appellants.*

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-1010

———————————————————————

ORDER:

IT IS ORDERED that Appellants' unopposed motion to substitute Don Huffines, in his official capacity as Texas Comptroller of Public Accounts, for Kelly Hancock, in his official capacity as Acting Texas Comptroller of Public Accounts is GRANTED.

/James E. Graves, Jr.
JAMES E. GRAVES, JR.
*United States Circuit Judge*